UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Grace Woodham

   v.                                      Case No. 20-cv-537-PB

State of New Hampshire, et al

REPORT AND RECOMMENDATION

     Petitioner Grace Woodham has filed three motions for summary judgment (Doc. Nos. 3, 6, 7).  Ms. Woodham's habeas petition (Doc. No. 1) has not yet been preliminarily reviewed and the respondent has not yet been directed to answer.  Accordingly, Ms. Woodham's motions for summary judgment should be denied as premature, without prejudice to her ability to refile those motions after the respondent has been directed to answer the petition.  The court will construe the assertions in Document Nos. 3, 6, and 7 as addenda to the petition for purposes of conducting preliminary review in this case pursuant to Rule 4 of the Rules Governing § 2254 Proceedings.

     Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-

Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

    SO ORDERED.

                                                          _____  
                                                          Andrea K. Johnstone  
                                                          United States Magistrate Judge

Date: February 25, 2021

cc:   Grace Woodham, pro se