UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Grace Woodham

    v.                                                               Case No. 20-cv-537-SE

State of New Hampshire, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 17, 2023. For the reasons explained therein, Ms. Woodham's motion for temporary restraining order (doc. no. 24) is denied without prejudice to seek such a relief in a civil action in a court of competent jurisdiction.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                               /s/ Samantha D. Elliott
                                                               Samantha D. Elliott
                                                               United States District Judge

Date: May 5, 2023

cc: Grace Woodham, pro se